UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60290-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CALEB GLENN WILLIAMS, et al.,

    Defendants.
_____

## ORDER

THIS CAUSE is before the Court on defendant **Walter Roberts** Motion to Set Bond and Terms of Pre-Trial Release (DE 65), which was referred to United States Magistrate Judge, Lurana S. Snow. A Detention Hearing was held on February 1, 2008. Being fully advised, it is hereby

ORDERED AND ADJUDGED that defendant **Walter Roberts** Motion to Set Bond and Terms of Pre-Trial Release is DENIED as the Court detained the defendant on February 1, 2008, based on danger to the community and a serious risk of flight.

DONE AND ORDERED at Fort Lauderdale, Florida, this 6th day of February, 2008.

                              LURANA S. SNOW
                              UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Scott Behnke (FTL)
Howard Schumacher, Esq.